IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

*United States of America v. Jesse James Jack Hoag*
Case No. 3:16-cr-00054-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

This matter comes before the Court on Defendant Jesse James Jack Hoag's Motion for Early Termination of Supervised Release (the "Motion").[1] United States Probation and Pretrial Services Office ("USPO") does not oppose the Motion,[2] and Plaintiff United States of America did not file a response to the Motion. The matter is ripe for resolution.

Hoag moves for early termination of supervision based on his successful transition back into the community, evinced by his completion of a substance use disorder treatment program, long-term sobriety from alcohol, and stable lifestyle.[3] Additionally, Hoag requests the Court grant the Motion to remove the barriers that supervision presents when arranging for travel, noting that he and his wife recently missed the birth of a grandchild in the Lower 48 due to the "awkward logistics and uncertainty."[4]

USPO recommends the Court grant Hoag's early termination.[5] USPO observes that Hoag has made substantial efforts while under supervision, including "remain[ing] in compliance with all Court ordered conditions, maintain[ing] a stable residence, provid[ing] negative drug tests, pay[ing] his special assessment in full, successfully complet[ing] substance abuse treatment, and remain[ing] in regular contact with his probation officer."[6] USPO concludes that Hoag has clearly acquired the skills necessary to succeed in the community without supervision.[7]

18 U.S.C. § 3583(e)(1) allows a court—after consideration of the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised released . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

---

[1] Dkt. 150 (Motion for Early Termination).
[2] Dkt. 151 (USPO Memorandum).
[3] Dkt. 150 at 2–4.
[4] Dkt. 150 at 3.
[5] Dkt. 151.
[6] *Id.*
[7] *Id.*

1

Having reviewed the briefing in this matter, and considering the factors set forth in 18 U.S.C. § 3553(a), the Court agrees with Hoag and USPO and concludes that early termination of Hoag's supervised release is warranted at this time.

Accordingly, the Court **GRANTS** the Motion at Docket 150. FURTHER, it is hereby **ORDERED** that Hoag's term of supervised release is terminated effective the date of this Order.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: November 9, 2022.